■ Tammy Prep, Respondent, v Sodexo Management, Inc., Appellant. [60 NYS3d 902]—Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered November 10, 2016. The order granted the motion of plaintiff for bifurcation.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on July 28 and August 1, 2017,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Whalen, P.J., Smith, Centra, Peradotto and Carni, JJ.